# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

Date: 10/17/16

In re:   Case No.:   89–50219 JS    Chapter:   7

Sherwood Ford, Inc.
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT:   6 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $182.00 Filed by Dilks & Knopik, LLC . (Attachments: # 1 Exhibit # 2 Exhibit 2) (Walston, Daniel)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 10/31/16.**

**An Original PNC Bank Certificate must be submitted to the Court.**

CURE:   File An Original PNC Bank Certificate with the Court.

CONSEQUENCE:   Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements:** http://www.mdb.uscourts.gov/content/filing–requirements.
**Additional information for non–attorney filers:** http://www.mdb.uscourts.gov/content/after–filing.

Mark A. Neal, Clerk of Court
by Deputy Clerk, Daniel Walston  301–344–3496

cc:   Debtor(s)
Attorney for Debtor(s) – Edward Lee Blanton Jr.
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

Form defntc (11/2013)